IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SMART ILESANMI AJAYI, *Individually* | ) |
| *and d/b/a* HARPLET MARKETING, LLC, | ) |
| TOPPS TAX SERVICES, and SMART TAX | ) |
| SERVICES, and JOANN VILLARREAL, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:19-CV-0476-C-BH |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's *motion for order for Defendant to show cause why he should not be in civil contempt for violating the Court's injunction order* [Doc. 26] and Plaintiff's *motion for order for Defendant to show cause why he should not be in civil contempt for violating the Court's injunction orders* [Doc. 42] should be denied.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

---

[1] Plaintiff has filed timely objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation.

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**.  The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error.  It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.  For the reasons stated therein, the Court **ORDER**S that Plaintiff's *motion for order for Defendant to show cause why he should not be in civil contempt for violating the Court's injunction order* [Doc. 26] and Plaintiff's *motion for order for Defendant to show cause why he should not be in civil contempt for violating the Court's injunction orders* [Doc. 42] be **DENIED**.

SO ORDERED.

Dated October _20_, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

2